UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE: ARLENE R. LINDSAY  DATE: 12/16/2026
United States Magistrate Judge  TIME: 11:45 AM

DOCKET NO: 25-cv-2279 (ARL)

CASE: Molina Velasquez et al v. Leotom, Inc.

| | | |
|---|---|---|
| _____ | INITIAL CONFERENCE | |
| _____ | STATUS CONFERENCE | BY TELEPHONE __X__ |
| _____ | SETTLEMENT CONFERENCE | |
| _____ | FINAL CONFERENCE | |
| __X__ | FAIRNESS HEARING | |

APPEARANCES:   FOR PLAINTIFF:   FOR DEFENDANTS:
              Jocelyn Small      Elana Tori Henderson

**The following rulings were made:**

Having reviewed the terms of the parties' proposed settlement agreement, the Court finds that it is fair and reasonable, including the allocation of attorneys' fees. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015). The Stipulation of dismissal is approved. Accordingly, the Clerk of Court is directed to mark this matter closed.


SO ORDERED:
_____/s/_____